UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| USDC SDNY |
| DOCUMENT |
| ELECTRONICALLY FILED |
| DOC #: |
| DATE FILED: _10/5/18_ |

FEN BIAO CAI, On behalf of themselves and
others similarly situated,

               Plaintiff,

v.

SUSHI PARA MANHATTAN, CORP.,
SUSHI PARA, ANDY ZHANG aka Ding
Feng Zhang, SHENG R. DONG, JOHN DOE,
and JANE DOE,

               Defendants.

JIAN WU, on behalf of himself and others
similarly situated

               Plaintiff,

      - against -

SUSHI NOMADO OF MANHATTAN, INC.
d/b/a Nomado 33, SUSHI PARA 33
CORPORATION d/b/a Nomado 33, SUSHI
PARA MANHATTAN, CORP. d/b/a Sushi
Para d/b/a Sushi Para (14th Street) d/b/a Sushi
Para (Third Avenue) d/b/a Sushi Para 88,
WEI LOONG CHAN, WENWU CHEN,
ZHOU LIN,SHENG R DONG, and DING
FENG ZHANG,

               Defendants.

**ORDER**

18 Civ. 1126 (PGG)
17 Civ. 4661 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

        Because the Court granted Defendants' motion to consolidate case number 18

Civ. 1126 and 17 Civ. 4461 under case number 17 Civ. 4661 (see Order (Dkt. No. 50 in 17 Civ.

4461; Dkt. No. 30 in 18 Civ. 1126), the Court of Clerk is directed to close case number 18 Civ.

1126.

Dated: New York, New York
      October ⛝, 2018

SO ORDERED.

_Paul G. Gardephe_

Paul G. Gardephe
United States District Judge